JAMES P. McGOWAN et al., Respondents, v GREAT NORTHERN INSURANCE COMPANY, Appellant, et al., Defendant. [930 NYS2d 881]—

Since the persons upon whom the appellant served the subject

subpoenas are expert witnesses (*see Russo v Quincy Mut. Fire Ins. Co.*, 256 AD2d 1164 [1998]), the appellant was required to make a showing of special circumstances warranting depositions of those witnesses (*see* CPLR 3101 [d] [1] [iii]; *Kooper v Kooper*, 74 AD3d 6, 12, 16 [2010]). The appellant failed to establish the existence of such circumstances, and thus the Supreme Court properly granted that branch of the plaintiffs' motion which was to quash the subject subpoenas (*see* CPLR 3101 [d] [1] [iii]; *Fekete v GA Ins. Co. of N.Y.*, 279 AD2d 300 [2001]; *Russo v Quincy Mut. Fire Ins. Co.*, 256 AD2d at 1164). Prudenti, P.J., Rivera, Austin and Roman, JJ., concur.